O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br>SAUL CARDENAS-HURTADO,<br><br>  Defendant.<br>_____ | CASE NO. CR06-839-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On March 10, 2016, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 3, 2011. Government counsel, Joseph Axelrod, the defendant and his appointed Deputy Federal Public Defender attorney, Seema Ahmad, were present. The U.S. Probation Officer, Jennifer Soliz, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on May 3, 2011. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on March 5, 2007.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of TIME SERVED, with no supervision to follow.

///
///
///

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   March 10, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk

2